FILED: October 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2105
(5:13-cv-00087-RLV-DCK)
_____

STEPHEN WILKINSON

       Plaintiff - Appellee

v.

SUN LIFE AND HEALTH INSURANCE COMPANY, d/b/a Sun Life Financial

       Defendant - Appellant

and

DOLAN & TRAYNOR, INC. EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN

       Defendant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 11/23/2015

Opening brief due: 11/23/2015

Response brief due: 12/23/2015

Any reply brief: 1/15/2016.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>